E-FILED
Anne Arundel Circuit Court
8/19/2016 12:32:14 PM

Circuit Court for **Anne Arundel County**
_____
City or County

# CIVIL - NON-DOMESTIC CASE INFORMATION REPORT

**DIRECTIONS:**
  **Plaintiff:** This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111(a). A copy must be included for each defendant to be served.
  **Defendant:** You must file an Information Report as required by Rule 2-323(h).
  **THIS INFORMATION REPORT CANNOT BE ACCEPTED AS AN ANSWER OR RESPONSE.**

FORM FILED BY: [X] PLAINTIFF  [ ] DEFENDANT    CASE NUMBER **C-02-CV-16-002632**
                                                              (Clerk to insert)
CASE NAME: **GRACIE AKINROLABU, et al.**    vs.    **RUSSET KINDERCARE, et al.**
                  Plaintiff                                Defendant

JURY DEMAND:  [X] Yes  [ ] No    Anticipated length of trial: _____ hours or __2__ days
RELATED CASE PENDING? [ ] Yes [X] No   If yes, Case #(s), if known: _____

Special Requirements?  [ ] Interpreter (Please attach Form CC-DC 41)
                       [ ] ADA accommodation (Please attach Form CC-DC 49)

| NATURE OF ACTION (CHECK ONE BOX) | | DAMAGES/RELIEF | |
|---|---|---|---|
| **TORTS** | **LABOR** | **A. TORTS** | |
| [ ] Motor Tort | [ ] Workers' Comp. | **Actual Damages** | |
| [ ] Premises Liability | [ ] Wrongful Discharge | [ ] Under $7,500 | [X] Medical Bills |
| [ ] Assault & Battery | [ ] EEO | [ ] $7,500 - $50,000 | $ 1,000.00 |
| [ ] Product Liability | [ ] Other _____ | [X] $50,000 - $100,000 | [ ] Property Damages |
| [ ] Professional Malpractice | **CONTRACTS** | [ ] Over $100,000 | $ _____ |
| [ ] Wrongful Death | [ ] Insurance | | [ ] Wage Loss |
| [ ] Business & Commercial | [ ] Confessed Judgment | | $ _____ |
| [ ] Libel & Slander | [ ] Other _____ | | |
| [ ] False Arrest/Imprisonment | **REAL PROPERTY** | **B. CONTRACTS** | **C. NONMONETARY** |
| [ ] Nuisance | [ ] Judicial Sale | | |
| [ ] Toxic Torts | [ ] Condemnation | [ ] Under $10,000 | [ ] Declaratory Judgment |
| [ ] Fraud | [ ] Landlord Tenant | [ ] $10,000 - $20,000 | [ ] Injunction |
| [ ] Malicious Prosecution | [ ] Other _____ | [ ] Over $20,0000 | [ ] Other _____ |
| [ ] Lead Paint | **OTHER** | | |
| [ ] Asbestos | [ ] Civil Rights | | |
| [X] Other | [ ] Environmental | | |
| _Negligence_ | [ ] ADA | | |
| | [ ] Other _____ | | |

**ALTERNATIVE DISPUTE RESOLUTION INFORMATION**
Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)
  A. Mediation [X] Yes [ ] No         C. Settlement Conference [X] Yes [ ] No
  B. Arbitration [ ] Yes [X] No       D. Neutral Evaluation [X] Yes [ ] No

**TRACK REQUEST**
With the exception of Baltimore County and Baltimore City, please fill in the estimated LENGTH OF TRIAL.
THIS CASE WILL THEN BE TRACKED ACCORDINGLY.
    [ ] 1/2 day of trial or less        [ ] 3 days of trial time
    [ ] 1 day of trial time             [ ] More than 3 days of trial time
    [X] 2 days of trial time

PLEASE SEE PAGE TWO OF THIS FORM FOR INSTRUCTIONS PERTAINING TO THE BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM AND COMPLEX SCIENCE AND/OR MEDICAL CASE MANAGEMENT PROGRAM (ASTAR), AS WELL AS ADDITIONAL INSTRUCTIONS IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY, PRINCE GEORGE'S COUNTY, OR BALTIMORE COUNTY.

Date __8/19/2016_____    Signature __/s Kevin J. Finnegan_____

CC/DCM 002 (Rev. 2/2010)        Page 1 of 3

| BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM |
|---|
| *For all jurisdictions, if Business and Technology track designation under Md. Rule 16-205 is requested, attach a duplicate copy of complaint and check one of the tracks below.* <br> ☐ **Expedited** Trial within 7 months of Filing          ☐ **Standard** Trial within 18 months of Filing <br> ☐ EMERGENCY RELIEF REQUESTED _____ _____ <br> Signature                                               Date |
| **COMPLEX SCIENCE AND/OR MEDICAL CASE MANAGEMENT PROGRAM (ASTAR)** |
| *FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO AN ASTAR RESOURCE JUDGE under Md. Rule 16-202. Please check the applicable box below and attach a duplicate copy of your complaint.* <br> ☐ Expedited - Trial within 7 months of Filing        ☐ Standard - Trial within 18 months of Filing |
| **IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY, PRINCE GEORGE'S COUNTY, OR BALTIMORE COUNTY PLEASE FILL OUT THE APPROPRIATE BOX BELOW.** |
| **CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)** |
| ☐ Expedited         Trial 60 to 120 days from notice. Non-jury matters. <br> ☐ Standard-Short    Trial 210 days. <br> ☐ Standard          Trial 360 days. <br> ☐ Lead Paint        Fill in: Birth Date of youngest plaintiff _____. <br> ☐ Asbestos          Events and deadlines set by individual judge. <br> ☐ Protracted Cases  Complex cases designated by the Administrative Judge. |
| **CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY** |
| To assist the Court in determining the appropriate Track for this case, check one of the boxes below. This information is <u>not</u> an admission and may not be used for any purpose other than Track Assignment. <br> ☐ Liability is conceded. <br> ☐ Liability is not conceded, but is not seriously in dispute. <br> ☐ Liability is seriously in dispute. |

| CIRCUIT COURT FOR BALTIMORE COUNTY | |
|---|---|
| ☐ Expedited<br>(Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☐ Standard<br>(Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ Extended Standard<br>(Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ Complex<br>(Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

IN THE CIRCUIT COURT FOR _____ Anne Arundel _____
(City or County)

## CIVIL - NON-DOMESTIC CASE INFORMATION REPORT

### DIRECTIONS

*Plaintiff*: This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111(a).

*Defendant*: You must file an Information Report as required by Rule 2-323(h).

***THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING***

FORM FILED BY:   ☐ PLAINTIFF   ☒ DEFENDANT   CASE NUMBER  C-02-CV-16-002632
(Clerk to insert)

CASE NAME: _____ vs. _____
                    Plaintiff                          Defendant

PARTY'S NAME: _____
PARTY'S ADDRESS: _____
**If represented by an attorney:**
PARTY'S ATTORNEY'S NAME: _____ PHONE: _____
                                                        (Daytime phone)

PARTY'S ATTORNEY'S ADDRESS: _____
JURY DEMAND?            ☐ Yes  ☐ No
RELATED CASE PENDING?  ☐ Yes  ☐ No   If yes, Case #(s), if known: _____

### PLEADING TYPE

**New Case:**      ☐ Original        ☐ Administrative Appeal   ☐ Appeal
**Existing Case:** ☐ Post-Judgment   ☐ Amendment
*If filing in an existing case*, skip Case Category/ Subcategory section - go to Relief section.

### IF NEW CASE: CASE CATEGORY/SUBCATEGORY (*Check one box.*)

**TORTS**
☐ Asbestos
☐ Assault
☐ Battery
☐ Commercial
☐ Conspiracy
☐ Conversion
☐ Defamation
☐ False Arrest/Imprisonment
☐ Fraud
☐ Lead Paint - DOB of Youngest Plt: _____
☐ Loss of Consortium
☐ Malicious Prosecution
☐ Malpractice-Medical
☐ Malpractice-Professional
☐ Misrepresentation
☐ Motor Tort
☐ Negligence
☐ Nuisance
☐ Premises Liability
☐ Product Liability
☐ Toxic Tort
☐ Trespass
☐ Wrongful Death

**CONTRACT**
☐ Asbestos
☐ Breach
☐ Commercial
☐ Confessed Judgment (Cont'd)

☐ Construction
☐ Debt
☐ Fraud
☐ Government
☐ Insurance
☐ Product Liability

**PROPERTY**
☐ Adverse Possession
☐ Breach of Lease
☐ Detinue
☐ Distress/Distrain
☐ Ejectment
☐ Forcible Entry/Detainer
☐ Foreclosure
    ☐ Commercial
    ☐ Residential
☐ Forfeiture
☐ Landlord-Tenant
☐ Lis Pendens
☐ Mechanic's Lien
☐ Ownership
☐ Partition/Sale
☐ Quiet Title
☐ Rent Escrow
☐ Replevin
☐ Return of Seized Property
☐ Right of Redemption
☐ Tenant Holding Over

**PUBLIC LAW**
☐ Attorney Grievance
☐ Bond Forfeiture Remission
☐ Civil Rights
☐ County/Mncpl Code/Ord
☐ Election Law
☐ Eminent Domain/Condemn.
☐ Environment
☐ Error Coram Nobis
☐ Habeas Corpus
☐ Mandamus
☐ Prisoner Rights
☐ Public Info. Act Records
☐ Quarantine/Isolation
☐ Writ of Certiorari

**EMPLOYMENT**
☐ ADA
☐ Conspiracy
☐ EEO/HR
☐ FLSA
☐ FMLA
☐ Workers' Compensation
☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
☐ Attorney Appointment
☐ Body Attachment Issuance
☐ Commission Issuance
☐ Contempt         (Cont'd)

☐ Deposition Notice
☐ Dist Ct Mtn Appeal
☐ Financial
☐ Grand Jury/Petit Jury
☐ Miscellaneous
☐ Perpetuate Testimony/Evidence
☐ Prod. of Documents Req.
☐ Sentence Transfer
☐ Special Adm. - Atty
☐ Subpoena Issue/Quash
☐ Trustee Substitution
☐ Witness Appearance-Compel

**PEACE ORDER**
☐ Peace Order

**OTHER**
☐ Friendly Suit
☐ Grantor in Possession
☐ Maryland Issuance Administration
☐ Miscellaneous

CC-DCM-003 (Rev. 10/2014)            Page 1 of 3

| IF NEW OR EXISTING CASE: RELIEF (Check All that Apply) | | | |
|---|---|---|---|
| ☐ Abatement | ☐ Earnings Withholding | ☐ Judgment-Interest | ☐ Return of Property |
| ☐ Administrative Action | ☐ Enrollment | ☐ Judgment-Summary | ☐ Sale of Property |
| ☐ Appointment of Receiver | ☐ Expungement | ☐ Liability | ☐ Specific Performance |
| ☐ Arbitration | ☐ Findings of Fact | ☐ Oral Examination | ☐ Writ-Error Coram Nobis |
| ☐ Asset Determination | ☐ Foreclosure | ☐ Order | ☐ Writ-Execution |
| ☐ Attachment b/f Judgment | ☐ Injunction | ☐ Ownership of Property | ☐ Writ-Garnish Property |
| ☐ Cease & Desist Order | ☐ Judgment-Affidavit | ☐ Partition of Property | ☐ Writ-Garnish Wages |
| ☐ Condemn Bldg | ☐ Judgment-Attorney Fees | ☐ Peace Order | ☐ Writ-Habeas Corpus |
| ☐ Contempt | ☐ Judgment-Confessed | ☐ Possession | ☐ Writ-Mandamus |
| ☐ Court Costs/Fees | ☐ Judgment-Consent | ☐ Production of Records | ☐ Writ-Possession |
| ☐ Damages-Compensatory | ☐ Judgment-Declaratory | ☐ Quarantine/Isolation Order | |
| ☐ Damages-Punitive | ☐ Judgment-Default | ☐ Reinstmnt of Emplymnt | |

*If you indicated Liability above*, mark one of the following. This information is **not** an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.   ☐ Liability is not conceded, but is not seriously in dispute.   ☐ Liability is seriously in dispute.

| MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs) |
|---|
| ☐ Under $10,000    ☐ $10,000 - $30,000    ☐ $30,000 - $100,000    ☐ Over $100,000 |
| ☐ Medical Bills $_____    ☐ Wages $_____    ☐ Property Damages $_____ |

| ALTERNATIVE DISPUTE RESOLUTION INFORMATION |
|---|
| Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply) |
| A. Mediation       ☐ Yes  ☐ No        C. Settlement Conference  ☐ Yes  ☐ No |
| B. Arbitration     ☐ Yes  ☐ No        D. Neutral Evaluation     ☐ Yes  ☐ No |

| SPECIAL REQUIREMENTS |
|---|
| ☐ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041** |
| ☐ If you require an accommodation for a disability under the Americans with Disabilities Act, **check here and attach form CC-DC-049** |

| ESTIMATED LENGTH OF TRIAL |
|---|
| *(Case will be tracked accordingly)* |
| ☐ 1/2 day of trial or less        ☐ 3 days of trial time |
| ☐ 1 day of trial time             ☐ More than 3 days of trial time |
| ☐ 2 days of trial time |

| BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM |
|---|
| *For all jurisdictions, if Business and Technology track designation under Md. Rule 16-205 is requested, attach a duplicate copy of complaint and check one of the tracks below.*<br><br>☐ **Expected** - Trial within 7 months of Defendant's response   ☐ **Standard** - Trial within 18 months of Defendant's response<br><br>☐ EMERGENCY RELIEF REQUESTED |
| **COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR)** |
| *FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-202 is requested, attach a duplicate copy of complaint and check whether assignment to an ASTAR*<br><br>☐ **Expected** - Trial within 7 months of Defendant's response   ☐ **Standard** - Trial within 18 months of Defendant's response |

_____        _____
Signature of Counsel/Party                    Date

_____
Print Name

_____
Street Address

_____
City/State/Zip