IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GRACIE AKINROLABU | * | |
| | * | |
| v. | * | Civil No. – JFM-16-3500 |
| | * | |
| RUSSET KINDERCARE, ET AL. | * | |

******

## MEMORANDUM

Plaintiff has filed a motion to remand this case to the Circuit Court for Anne Arundel County, Maryland. The motion will be granted.

Plaintiff claims damages only in the amount of $74,999.00 in her complaint. Defendant contends that nevertheless the action should not be remanded because plaintiff has made settlement demands in excess of $75,000.00 and because the wrong alleged – personal injuries suffered as an alleged result of an allergic food reaction at defendants' childcare center - inherently have a value of more than $75,000.

Defendants' concerns are not frivolous. However, they can be handled by appropriate management of the case in the Circuit Court for Anne Arundel County, i.e., the court there can refuse to permit plaintiff to seek $74,999.00 or more in damages based upon the history of this litigation that is now being established.

A separate order effecting the ruling made in this memorandum is being entered herewith.

Date: March 4, 2/17

_____
J. Frederick Motz
United States District Judge